# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JULIE DOMOKOS,** | ) CASE NO.: 1:21-CV-00449 )  )  |
| Plaintiff, | ) )  |
| | ) **JUDGE DAVID A. RUIZ** |
| vs. | )  )  |
| | ) **JOINT MOTION FOR LEAVE TO** |
| **THE RESERVES NETWORK, INC.,** *et al.*, | ) **FILE CONFIDENTIAL SETTLEMENT** ) **AGREEMENT UNDER SEAL** ) |
| Defendants. | |

The Parties to this action jointly and respectfully move this Court for leave to file their Confidential Settlement Agreement under seal. Having resolved their dispute, they have stipulated to dismissal of the action with prejudice, but request that the Court retain jurisdiction over this action solely for the purpose of enforcing the Agreement, should enforcement become necessary. For the convenience of the Court, a proposed Order is attached.

Respectfully submitted,

| | |
|---|---|
| */s/Cathleen M. Bolek* | */s/Karina R. Conley* |
| CATHLEEN M. BOLEK (0059884) | KARINA R. CONLEY (0093906) |
| cbolek@bolekbesser.com | kkendrick@mcdonaldhopkins.com |
| MATTHEW D. BESSER (0087071) | JULIA G. ROSS (0099095) |
| mbesser@bolekbesser.com | jross@mcdonaldhopkins.com |
| BOLEK BESSER GLESIUS LLC | MCDONALD HOPKINS LLC |
| Monarch Centre, Suite 302 | 600 Superior Avenue, East |
| 5885 Landerbrook Drive | Suite 2100 |
| Cleveland, Ohio 44124 | Cleveland, OH 44114-2653 |
| Tel.: (216) 464-3004 | Tel.: (216) 348-5400 |
| Fax: (866) 542-0743 | Fax: (216) 348-5474 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**Certificate of Service**

The undersigned hereby certifies that a copy of the foregoing was filed electronically this 24nd day of May 2022. Notice of the filing will be served by operation of the Court's electronic filing system upon all parties to this action.

                                         */s/Cathleen Bolek*
                                         CATHLEEN M. BOLEK (0059884)
                                         Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JULIE DOMOKOS,** | CASE NO.: 1:21-CV-00449 |
| Plaintiff, | |
| | **JUDGE JUDGE DAVID A. RUIZ** |
| vs. | |
| **THE RESERVES NETWORK, INC.,** *et al.*, | Order |
| Defendants. | |

Upon due consideration, the Joint Motion for Leave to File Settlement Agreement Under Seal is hereby granted.

IT IS SO ORDERED.

_____
David A. Ruiz
United States District Judge

Date: May \_\_\_\_, 2022